UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

AARON DOZIER,

                Plaintiff,

    v.                                          9:20-CV-0144
                                                  (BKS/TWD)

L. WILCOX, et al.,

                Defendants.

---

APPEARANCES:

AARON DOZIER
Plaintiff, pro se
**Last known address**
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021

BRENDA K. SANNES
United States District Judge

## DECISION and ORDER

Pro se plaintiff Aaron Dozier commenced this civil rights action in February, 2020. Plaintiff, who was confined at Auburn Correctional Facility, did not pay the filing fee for this action and sought leave to proceed in forma pauperis.

On February 27, 2020, the Court denied plaintiff's in forma pauperis application because according to information publicly available on the website for the New York State Department of Corrections and Community Supervision, plaintiff was released from custody on parole on February 20, 2020, and his in forma pauperis application failed to reflect his post-release financial condition. Dkt. No. 4 ("February 2020 Order"). Plaintiff was afforded

thirty days in which to either pay the filing fee in full or submit a completed and signed in forma pauperis application detailing his post-release financial condition, and was advised that his failure to comply would result in the dismissal of this action.  *Id*.

Service of the February 2020 Order addressed to plaintiff at Auburn Correctional Facility (his address of record) was returned to the Clerk as undeliverable to plaintiff at that address.  Dkt. No. 5.  A forwarding address of 866 Beck Street, Bronx, NY 10459 was also noted on the envelope.  *Id*. at 1.

Thereafter, the Clerk attempted to serve plaintiff with a copy of the February 2020 Order at the aforementioned forwarding address.  On March 25, 2020, service was returned to the Clerk as undeliverable to plaintiff at that address as well, with the envelope marked, "Return to Sender - Insufficient Address - Unable to Forward."  Dkt. No. 6.

As of the date of this Decision and Order, plaintiff has not complied with the February 2020 Order, nor has he communicated with the Court in any manner regarding this action since filing the complaint and in forma pauperis application.

**WHEREFORE**, it is hereby

**ORDERED** that this action is **DISMISSED without prejudice** due to plaintiff's failure to comply with the filing fee requirements for this action as set forth in the February 2020 Order, and the Clerk is directed to enter judgment accordingly; and it is further

**ORDERED** that the Clerk serve a copy of this Decision and Order on plaintiff at the

last known addresses of record.

**IT IS SO ORDERED.**

Dated: May 19, 2020
       Syracuse, NY

Brenda K. Sannes
U.S. District Judge